ACCEPTED
14-15-00271-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/24/2015 3:26:53 PM
CHRISTOPHER PRINE
CLERK



**Chad E. Jones**
*Designated Counsel – SMWIA*

**BOARD CERTIFIED®**
*Personal Injury Trial Law*

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/24/2015 3:26:53 PM
CHRISTOPHER A. PRINE
Clerk

August 24, 2015

14th Court of Appeals                                                     Via E-file
301 Fannin
Room 245
Houston, TX 77002

**Re:**  *Cause No. 2014-43623, Patricia Brown v. HEB Grocery Stores, LP; In the 190th District Court of Harris County, Texas*

*Court of Appeals Case No.: 14-15-00271-CV; Patricia Brown v. HEB Grocery Company, LP; In the 190th Judicial District Court; Harris County, Texas*

Dear Sir or Madam:

In connection with the above-referenced causes, please be notified that our office has requested the supplemental clerk record and have not yet received them. Our office will be filing our response within 30 days of receipt by appellate court, unless otherwise notified or opposed by the court or opposing counsel.

Thank you for your assistance in this matter.

Respectfully submitted,

Chad E. Jones / by AD
Chad E. Jones
Attorney

CEJ:ad
cc: Mr. Kip Patterson via facsimile (713) 623-0290

MAILING ADDRESS: POST OFFICE BOX 4408, BRYAN, TEXAS 77805